UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADRIENNE BUSH,

    Plaintiff,

v.

LUMILEDS, LLC, a/k/a PHILIPS
AUTOMOTIVE LIGHTING,

    Defendant.

Case No. 2:16-cv-11761
Honorable Laurie J. Michelson
Magistrate Judge Elizabeth A. Stafford

# ORDER ADMINISTRATIVELY CLOSING CASE
# PENDING BANKRUPTCY APPEAL

Adrienne Bush worked for Lumileds, LLC (formerly Philips Automotive Lighting) for a number of years. She believes that, during her employment, her job duties were taken away, she was paid less for her work, she was deprived of benefits, and, ultimately, she was terminated in part because she is African American. So, in May 2016, Bush sued Lumileds.

In September 2018, this Court largely granted Lumiled's motion for summary judgment. But Bush's claim that Lumileds engaged in discriminatory termination survived. *See Bush v. Lumileds, LLC*, No. 2:16-CV-11761, 2018 WL 4610867, at *13–14 (E.D. Mich. Sept. 26, 2018).

Shortly before this Court ruled, Bush filed for Chapter 7 bankruptcy. And shortly after this Court ruled, Lumileds contacted the Chapter 7 Trustee. Ultimately Lumileds and the Trustee reached an agreement to settle Bush's suit (i.e., this case) for $20,000. Bush subsequently sought to exempt this case from the estate and sought to convert her Chapter 7 bankruptcy to one under Chapter 13. The bankruptcy court did not grant Bush either request. The bankruptcy court also approved the settlement of this case.

In May 2019, Bush appealed the bankruptcy court's determinations. That appeal is briefed and is pending before Judge Sean F. Cox. *See In Re Adrienne Bush*, Case No. 2:19-cv-11425-SFC-APP (E.D. Mich. filed May 14, 2019).

Thus, unless Judge Cox reverses the bankruptcy court, the case before this Court has been settled. As there is nothing for this Court to do in this case unless and until Judge Cox reverses the bankruptcy court, the Court will administratively close this case. That closing does not come at any prejudice to either party. Once the bankruptcy proceedings are entirely complete (including any further appeal), either party may move to reopen this case.

SO ORDERED.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Date: September 9, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, September 9, 2019, using the Electronic Court Filing system and/or first-class U.S. mail.

s/William Barkholz
Case Manager